**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **WYATT BELGARD** | : | **CASE NO.  6:22-CV-04515** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **FOREMOST INSURANCE CO GRAND RAPIDS MICHIGAN** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Before the court is a motion to reopen/reinstate case [doc. 23], which has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.  For the following reasons, it is **RECOMMENDED** that the motion [doc. 23] be **GRANTED** and that the Judgment adopting a previous Report and Recommendation and dismissing this matter without prejudice be **VACATED** [docs. 20, 21].

The previous Judgment, issued on December 22, 2023, provided that the matter could be reinstated within 30 days for good cause shown.  Doc. 21.  On January 5, 2023, plaintiff submitted a handwritten document signed by Wyatt Belgard requesting that the matter be reinstated because plaintiff did not timely receive notice of the prior proceedings.  Doc. 23.  The motion to reinstate also informed the court of plaintiff's current contact information.  *Id.*  Because plaintiff has shown good cause, it is recommended that the matter be reinstated.

Plaintiff is cautioned that, **unless and until you retain a new attorney who enrolls in your proceeding on your behalf,** you will be representing yourself.[1]  While you are representing

---

[1] Information about representing yourself is available at the court's website, at https://www.lawd.uscourts.gov/filing-without-attorney.

1

yourself, no one else can speak to the court for you because only you or a licensed attorney admitted to practice in this district may speak on your behalf.  As long as you are representing yourself, it is your responsibility to be aware of and abide by the various orders and rules of the court and to cooperate with defense counsel in obtaining information properly requested according to those rules. Understand that neither chambers, defense counsel, nor the clerk of court can provide legal advice to you, although all will attempt to be as helpful as possible without crossing boundaries.  Failure to follow court orders, court rules, and/or cooperate with opposing counsel could result in penalties being imposed.  Penalties could include your lawsuit being dismissed.

Additionally, now that you are representing yourself, attorneys for the defendants may contact you directly about your case.  Please remember that, while you are representing yourself, you are obligated to cooperate with opposing counsel in moving your case along through proper channels on this court's docket.  You always, however, are at liberty to contact new counsel to enroll on your behalf, who would then be representing you against counsel for the defendant.

Under the provisions of 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 22nd day of January, 2024.


**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**