UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**WYATT BELGARD**                               **CASE NO.  6:22-CV-04515**

**VERSUS**                                      **JUDGE JAMES D. CAIN, JR.**

**FOREMOST INSURANCE CO GRAND**                 **MAG JUDGE LEBLANC**
**RAPIDS MICHIGAN**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [doc. 25] previously filed herein, after an independent review of the record, determining that the findings are correct under applicable law, and noting no objections to the Report and Recommendation, the court finds that the Motion to Reopen [doc. 23] should be **GRANTED**. Accordingly, the matter is hereby **REOPENED** and shall proceed under the Case Management Order [doc. 2] for Hurricane Laura and Delta claims. Plaintiff is reminded of the directives concerning his responsibilities as a pro se litigant set forth in the Magistrate Judge's Report and Recommendation. Failure to abide will result in dismissal of his case.

**THUS DONE AND SIGNED** in Chambers on the 21st day of February, 2024.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**